# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1548
Lower Tribunal No. 2025-SC-000490

_____

ORANE ROWE,

Appellant,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Appellee.

_____

Appeal from the County Court for Collier County.
Michael Brown, Judge.

November 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, MIZE and GANNAM, JJ., concur.


Orane Rowe, Naples, pro se.

Robert E. Sickles, of Dinsmore & Shohl LLP, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED